UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Carlton Cartwright                               :  Civil Action No. _____
                                                 :
     v.                                          :
Indymac Bank, F.S.B., Mortgage Electronic        :
Registration Systems, In. A/K/A Mers,            :
HSBC Bank USA, National Assoc. as Trustee        :
for Deutsche Alt-A Securities et al

## DISCLOSURE STATEMENT

The undersigned counsel for __HSBC Bank USA, National Association__,
certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
HSBC Bank USA, National Association, is the principal subsidiary of HSBC USA, Inc., an indirect wholly-owned subsidiary of HSBC North America Holdings Inc. HSBC North America Holdings Inc., owns 100% of HSBC USA Inc. No other corporation owns 10% or more of its stock; and HSBC North America Holdings Inc. is a publicly traded company.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____            Duane Morris LLP
Signature of Attorney                      Name of Firm

Brett L. Messinger                         30 South 17th Street
Print Name                                 Address

9/25/2014                                  Philadelphia, PA  19103
Date                                       City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)