UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Carlton Cartwright          :     Civil Action No. _____
                            :
       v.                   :
Indymac Bank, F.S.B., Mortgage Electronic
Registration Systems, In. A/K/A Mers,     :
HSBC Bank USA, National Assoc. as Trustee
for Deutsche Alt-A Securities et al

DISCLOSURE STATEMENT

The undersigned counsel for  One West Bank Group, LLC                              ,
certifies that this party is a non-governmental corporate party and that:

☒ This party's parent corporation, and all publicly held corporations owning 10% or more
of this party's stock, are listed here:

OneWest is a wholly owned subsidiary of One West Bank Group, LLC ("Bank Group:), which is a privately
held limited liability company. Bank Group is a wholly owned subsidiary of IMB Holdco, LLC ("IMB Holdco")
which is also a privately held limited liability company. No publicly held corporation owns 10% or more
of the ownership interests in One West, Bank Group or IMP Holdco.

**OR**

☐ This party does not have a parent corporation, nor is there any publicly held corporation
that owns 10% or more of this party's stock.

_____          Duane Morris LLP
Signature of Attorney                  Name of Firm

Brett L. Messinger                     30 South 17th Street
Print Name                             Address

9/25/2014                              Philadelphia, PA 19103
Date                                   City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)