**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:	Brett L. Messinger (035631991)
	E-mail:blmessinger@duanemorris.com
	Michael J Clark (046702006)
	E-mail:mjclark@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
*Attorneys for Defendants*
*OneWest Bank, National Association, successor by*
*purchase from the Federal Deposit Insurance Corporation,*
*as receiver for IndyMac Bank, F.S.B, Mortgage*
*Electronic Registration Systems, Inc. a/k/a*
*MERS and HSBC Bank USA, National Association*
*as Trustee for Deutsche Alt-A Securities Mortgage*
*Loan Trust, Series 2007-OA2*

| | |
|---|---|
| CARLTON CARTWRIGHT,<br><br>           Plaintiff,<br><br>vs.<br><br>INDYMAC BANK, F.S.B., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A/K/A MERS, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA2, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO, DOES 1-100 INCLUSIVE,<br><br>           Defendants. | SUPERIOR COURT OF NEW JERSEY CHANCERY DIVISION BURLINGTON COUNTY<br><br>DOCKET NO.  C-000075-14<br><br>CIVIL ACTION<br><br>**NOTICE TO THE SUPERIOR COURT OF NEW JERSEY OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |

**NOTICE OF REMOVAL**

**TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that on September 29, 2014, OneWest Bank, National Association, successor by purchase of certain assets from the Federal Deposit Insurance Corporation, as receiver for Defendant Indy Mac Bank, F.S.B., Defendants Mortgage Electronic Registration Systems, Inc. a/k/a MERS and HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA2 ("Defendants"), by and through their attorneys, Duane Morris LLP, filed the Notice of Removal to the United States District Court for the District of New Jersey.  A copy of the Notice of Removal is being filed herewith with this Court and is attached hereto as Exhibit A.

        DUANE MORRIS LLP

        _____
        Brett L. Messinger
        Michael J. Clark
        30 South 17th Street
        Philadelphia, PA 19103-4196
        Tel:  215-979-1000
        Fax:  215-979-1100
        bmessinger@duanemorris.com
        mjclark@duanemorris.com

Dated:  September 29, 2014

**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By:     Brett L. Messinger (035631991)
          E-mail:blmessinger@duanemorris.com
          Michael J Clark (046702006)
          E-mail:mjclark@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
*Attorneys for Defendants*
*OneWest Bank, National Association, successor by*
*purchase from the Federal Deposit Insurance Corporation,*
*as receiver for IndyMac Bank, F.S.B, Mortgage*
*Electronic Registration Systems, Inc. a/k/a*
*MERS and HSBC Bank USA, National Association*
*as Trustee for Deutsche Alt-A Securities Mortgage*
*Loan Trust, Series 2007-OA2*

| | |
|---|---|
| CARLTON CARTWRIGHT, | SUPERIOR COURT OF NEW JERSEY |
|  | CHANCERY DIVISION |
| Plaintiff, | BURLINGTON COUNTY |
|  |  |
| vs. | DOCKET NO.  C-000075-14 |
|  |  |
| INDYMAC BANK, F.S.B., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A/K/A MERS, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA2, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER  SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO, DOES 1-100 INCLUSIVE, | CIVIL ACTION  **CERTIFICATE OF SERVICE** |
| Defendants. |  |

   I hereby certify that a true and correct copy of Defendants' Notice of Removal was served upon Plaintiff via first class mail, addressed as follows:

Carlton Cartwright
361 John F. Kennedy Way
Willingboro, NJ 07046
*Pro se Plaintiff*

                      _____
                      Michael J. Clark

Dated:  September 29, 2014