**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
By: Brett L. Messinger (035631991)
  E-mail:blmessinger@duanemorris.com
  Michael J Clark (046702006)
  E-mail:mjclark@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
*Attorneys for Defendants*
*OneWest Bank, National Association, successor by purchase from the Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B., Mortgage Electronic Registration Systems, Inc. a/k/a MERS and HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA2*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLTON CARTWRIGHT, | CIVIL ACTION NO. 1:14-cv-06004 |
| Plaintiff, | |
| v. | |
| INDYMAC BANK, F.S.B., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A/K/A MERS, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA2, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO, DOES 1-100 INCLUSIVE, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

      Kindly enter the appearance of Michael J. Clark, Esquire on behalf of the Defendants, OneWest Bank, National Association, successor by purchase from the Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B., Mortgage Electronic Registration Systems, Inc. a/k/a MERS and HSBC Bank USA, National Association as Trustee for Deutsche Alt-A Securities Mortgage Loan Trust, Series 2007-OA2.

                                                    DUANE MORRIS LLP

                                                    /s/Michael J. Clark
                                                    Michael J. Clark, Esquire

Dated: September 29, 2014

DUANE MORRIS LLP
**A Delaware Limited Liability Partnership**
By:     Brett L. Messinger (035631991)
            E-mail:blmessinger@duanemorris.com
            Michael J Clark (046702006)
            E-mail:mjclark@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: +1 215 979 1000
Fax: +1 215 979 1020
*Attorneys for Defendants*
*OneWest Bank, National Association, successor by*
*purchase from the Federal Deposit Insurance Corporation,*
*as receiver for IndyMac Bank, F.S.B., Mortgage*
*Electronic Registration Systems, Inc. a/k/a*
*MERS and HSBC Bank USA, National Association*
*as Trustee for Deutsche Alt-A Securities Mortgage*
*Loan Trust, Series 2007-OA2*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARLTON CARTWRIGHT, : | CIVIL ACTION NO. 1:14-cv-06004 |
| Plaintiff, : | |
| v. : | |
| INDYMAC BANK, F.S.B., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A/K/A MERS, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA2, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO, DOES 1-100 INCLUSIVE, : | |
| Defendants. : | |

3

I hereby certify that a true and correct copy of the Entry of Appearance of Michael J. Clark, Esquire was served upon Plaintiff via first class mail, addressed as follows:

Carlton Cartwright
361 John F. Kennedy Way
Willingboro, NJ 07046
*Pro se Plaintiff*

/s/Michael J. Clark
Michael J. Clark

Dated: September 29, 2014

4